RECEIVED
CHARLOTTE, N.C.
JUL 26 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:03 CR 70-MU |
| v. | ORDER |
| (21) MARIO ALVERTO TEJEDA | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Bill of Indictment, filed in the above-referenced matter as to this defendant only.

FOR GOOD CAUSE SHOWN, the government's motion to dismiss is hereby GRANTED, without prejudice.

The Clerk is directed to certify copies of this order to defendant, to counsel for defendant, to the United States Attorney, the United States Marshals Office, and to the U.S. Probation Office.

This 28th day of July, 2005.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE

